COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Corpus Christi__ DIVISION

United States District Cour
Southern District of Texas
FILED
JAN 14 2000
MICHAEL N. MILBY CLERK

__Darryl Steven Turner, #885610__
Plaintiff's name and ID Number

__Garza West, T.F. Unit.__
Place of Confinement

CASE NO. __C 00 015__
(Clerk will assign the number)

v.

__Dr. Palacios, phy, M.D.__
Defendant's name and address

__Dr. Kelly, M.D.: Medical Supervisor Director.__
Defendant's name and address
__University of Texas Medical Branch, at Texas Department of Criminal__
__Justice. Garza West, T.F. HC02, Box.995; Beeville, TX.78102./Herein After UTMB/G.W.__
Defendant's name and address
( DO NOT USE "ET AL.")

I.   PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   __YES  X NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: __N/A__

      2. Parties to previous lawsuit:
         Plaintiff(s) __N/A__
         Defendant(s) __N/A__

      3. Court (If federal, name the district; if state, name the county) _____

      4. Docket Number: __N/A__

      5. Name of judge to whom case was assigned: __N/A__

      6. Disposition: (Was the case dismissed, appealed, still pending?)
         __N/A__

      7. Approximate date of disposition: __N/A__

ATC1985 (Rev.04/98)                    2

II. PLACE OF PRESENT CONFINEMENT: <u>GARZA WEST, T.F. UNIT</u>

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  **X** YES  ___NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: <u>DARRYL STEVEN TURNER</u>
<u>GARZA WEST, T.F.  HC 02, BOX. 995.</u>
<u>Beeville, Texas, 78102.</u>

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: <u>DR. PALACIOS, (FNU) pHy</u>
<u>UTMB / G.W.</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>He denied me Turner, Darryl, Medical Care.</u>

Defendant #2 <u>DR. Kelly, M.D. — Medical Director Supervisor</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
<u>He also denied me Medical Care.</u>

Defendant #3: <u>N/A</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: <u>N/A</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant#5: <u>N/A</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

<u>On or About September. 12th 99. I went before this Doctor for an exiame and he was informed that I had (Grand mal-seizures)</u>

ATC1983 (Rev.04/98)                    3

And I've been taking medication since 12 y.o. for these Grand mal seizures. Yes, Dr. Palacios, phy; was told and informed of this soon after I have arrived from Bexar County Jail. This Doctor stated he needed to take a level before giving any medication and I understood that. Once the report came back I was told by Dr. Palacros, that the level was very low as if I've never taken any medication. And that once I come to have a seizure then he'll decide to put me on medication, even

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wish to receive a $6,500.00 for mental suffering and $5,000.00 for the like of refusing of medication and medical attention. And life in danger, and pain and hurt in doing.

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Darryl Turner / Jamie pope / Darren Turner / D. Sutton.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

T.D.C.J. #885610 (SID # 565009 - From County Jail. Bexar)

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  **X** NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): __N/A__
  2. Case Number: __N/A__
  3. Approximate date sanctions were imposed: __N/A__
  4. Have the sanctions been lifted or otherwise satisfied? __N/A__ YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES **N/A** **X** NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev. 04/98)    4

## 2nd PART - OF CLAIM STATEMENT

Additional space for "Statement of Claim": When I, Darryl Turner, told this Doctor that I've been taking (Depkin 500mg) for the last 4½ years. He still didn't acknowledge the matter. These matter has taken place here at → Garza West, TF. Unit. ② On September. 21, 1999. I requested to an officer, Gonzales, of myself feeling weak and sick and that I needed my medication which I've not received since I arrived here on September. 9th, 1999; When this officer called medical she came back to tell me that medical stated (until I have a seizure they're not going to give me any medication. ③ On October. 5th, 1999, I had to be rushed out of here, Garza West, to an outside Hospital for going threw 5 to 6 Grand mal-seizures back to back. ④ Hospital - Spone, had to give me 2500 mg of Dilaten for my seizures and stated I should've been on medication from the beginning once arrived here to Garza West. ⑤ Bexar County Medical Department in the Jail sent a form stating I had a Seizure disorder and I still was given medication in no way at all. This matter had put my life in a great deal of danger and to the point I could had lost my life or been in a coma, paralized. My health wasn't taken serious in no way for if it was I

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

VI. VERIFICATION (Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _January 03 2000_ _____
  (date)              (Signature of Plaintiff)

Additional page →

#3 - Statement of Claim.

would had been given my medication and not told to wait to go into having Seizures and they'll take care of it. And I would not been sent and Rushed to "Spon Hospatil" for the Seizures. (6) Dr Kelly, M.D., had the right to make the decision to tell this Dr. Palacios to give me my Seizure medication in which he never done at all. Nor was it taken upon to Call Bexar County Jail to get my medical Records and talk with medical Staff to see what Medication I takes, but wasn't done By Dr. Kelly, M.D. by being Medical Director Supervisor. (7) Until being sent to the "Spon Hospatil" I never received any medication from September 9'99 to October 5, 99.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish for the Court to have these two people pay any hospatil bills and to give these two the order to pay me $6,500.00 each for all medical problems and mental problems I've went and indured by this.

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
Darryl Turner / Jamie pope / Darren Turner / D. Sutton

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
T.D.C.J. # 885600; / (SID # 565009 - From County Jail Bexar.)

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): __N/A__
  2. Case Number: __N/A__
  3. Approximate date sanctions were imposed: __N/A__
  4. Have the sanctions been lifted or otherwise satisfied? ___YES N/A NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES N/A NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev.04/98)           ≠ Additional page.

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case Number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: __N/A__        __N/A__
            DATE            
                            (Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __Thursday 30th__ day of __December__, 19 __99__.
              (Day)                    (month)        (year)

                                              (Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

ATC1983 (Rev. 04/98)                    5