IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Corpus Christi** DIVISION

**Darryl Steven Turner, #885610**
Plaintiff's name and ID Number

**Garza West, TF.**
Place of Confinement

v.

**Dr. Palacios, DR; Dr. Kelly, M.D.S.; UTMB/G.W.**
Defendant's name and address

United States District Court
Southern District of Texas
FILED

JAN 14 2000

MICHAEL N. MILBY CLERK

CASE NO. **C-00-015**
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **Darryl Steven Turner**, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment     Yes☐  No☒
   b. Rent payments, interest or dividends?            Yes☐  No☒
   c. Pensions, annuities or life insurance payments?  Yes☐  No☒
   d. Gifts or inheritances?                           Yes☐  No☒
   e. Family or friends?                               Yes☐  No☒
   f. Any other sources?                               Yes☐  No☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____**N/A**_____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐          No☒
   If you answered **YES**, state the total value of the items owned.

   _____**N/A**_____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes☐        No☒

   If you answered YES, describe the property and state its approximate value.

   _____N/A_____
   _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __03__ day of __January__, 19__2000__.

_____   __885670__
Signature of Plaintiff                ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE            01/03/00
NH52/RJA0118             IN-FORMA-PAUPERIS DATA                     13:31:35
TDCJ#: 00885610 SID#: 05307528 LOCATION: GARZA WEST    INDIGENT DTE: 09/09/99
NAME: TURNER,DARRYL                          BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:        6.42
6MTH DEP:           6.87 6MTH AVG BAL:       0.00 6MTH AVG DEP:        1.15
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/99      0.00             0.00        09/99      0.33             0.45
11/99      0.66             0.66        08/99      0.00             0.00
10/99      2.68             5.76        07/99      0.00             0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _BER_
ON THIS THE _03_ DAY OF _JANUARY_, _00_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _N/A_ OR SID NUMBER: _N/A_

