United States District Court
Southern District of Texas
ENTERED
JAN 2 0 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARRYL STEVEN TURNER<br>Prisoner No. 885610 | § | |
| V. | § | C.A. NO. C-00-015 |
| DR. PALACIOS, ET AL. | § | |

## ORDER SETTING SPEARS HEARING

A hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), is set in this case before the Court:

> U. S. Magistrate Judge Jane Cooper-Hill
> 1st Floor Hearing Room
> 521 Starr Street
> Corpus Christi, Texas

on **Thursday, February 24, 2000, at 9:00 a.m.**

The defendant(s) shall be present at the video conference room at the McConnell Unit, Beeville, Texas, through the Attorney General of Texas and shall have available for the Court's inspection all records and documents relevant to the case. The Attorney General shall also have available TDCJ physicians, nurses, and medical records whenever a claim for lack of medical attention is made. The Attorney General shall have present the Warden or the Warden's designee of the facility where the constitutional violations are alleged to have occurred. It is not necessary for the defendants to attend the hearing, but the Court recommends and encourages their attendance.

ORDERED this 19th day of January 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE