Civil action no.# C-00-015.
Civil act No.# C-00-015.

Darryl Steven Turner
vs.
Dr. Palacios, et al.

United States District Court
Southern District of Texas
FILED
FEB 14 2000
MICHAEL N. MILBY CLERK



Clerk,

This letter of notice is to inform the Court of my temp transfer from the facility I was at before. So if the Court is wanting to get in touch with me this is the address I can be reached at.

Byrd Unit, P.O. Box. 100.
Huntsville, Texas. 77342-0100

THIS letter of Notice is informing the Court of my Temp Transfer From the Facility I was at before. So if the Court is wishing to want to get in touch with me this is the Address I may Receive mail At.
Byrd Unit, P.O. Box. 100.
Huntsville, TEXAS. 77342-0100.

Thank you of all your time and attention within hereon.

Sincerly Yours,
Thank You.
Darryl Steven Turner, # 885610

S.T. ppg.
D.C.C;
FILED:

# 885610
Feb. 09th 2000