JUDGE PRESIDING: __JANE COOPER-HILL__

COURTROOM CLERK/ERO: Linda R. Smith

LAW CLERK: *Millie Macossay*

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: *Feb 24, 2000*   OPEN: *9:08*   ADJOURN: *9:34*

TAPE: *1/119 - 1/930*

~~CRIMINAL~~/CIVIL ACTION NO.: *CA C-00-15*

| | | |
|---|---|---|
| *Darryl Steven Turner* | § | *Pro Se* |
| _____ | § | _____ |
| VS. | § | |
| *Dr. Palacios, et al* | § | *Gerard Rawls* |
| _____ | § | _____ |

United States District Court
Southern District of Texas
FILED

FEB 24 2000

MICHAEL N. MILBY, CLERK

===========================================

PROCEEDING: *Case called for Video Spears Hearing. (Pltff Sworn) Court hears discussion of issues involved in Pltff's case. Pltff has mailed Consent/Proceed to Clerk's Office. (Pltff has consented) Hearing concluded.*

9.