*Notice of Change of Address.*

United States District Court
Southern District of Texas
FILED
MAR - 9 2000
MICHAEL N. MILBY, CLERK

Darryl Steven Turner, #885610.

vs.

Dr. Palacios, Et. Al.

Case Number: C.A. CV-00-15

Clerk,

The reason of this letter is to inform the Court that since my video hearing with the judge J. Cooper-Hill, I've been sent to the facility of the following: "Byrd Diagnostic Unit. P.O. Box 1180. Huntsville, Texas. 77342-0180."

So it is herein that I'm letting the Court know where I've placed since the hearing on February 24, 2000. So let it be so note within the Records of the Court on this day now.

And if any Court papers is needed to be sent out to me this is the address.

So let me thank you all of your time within this letter here.

Sincerly (yours)

Darryl Steven Turner #885610

March 05, 2000

S.T. Rgg.
C.C.
FILED

10.