United States District Court
Southern District of Texas
ENTERED
APR - 6 2000
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

13.

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § | |
| | § | |
| v. | § | C. A. NO. C-00-015 |
| | § | |
| DR. PALACIOS, ET AL. | § | |

## ORDER RETAINING CASE

Plaintiff has sued Dr. Palacios and Dr. Kelly, physicians at the Garza West Unit of TDCJ, pursuant to 42 U.S.C. § 1983, claiming that they were deliberately indifferent to his serious medical needs. A <u>Spears</u> hearing was conducted on February 24, 2000.

Specifically, plaintiff claims that on September 12, 1999 Dr. Palacios refused to start him on anti-seizure medication when he arrived at Garza West from Bexar County Jail, even though he says he explained to Dr. Palacios the name and dosage of the medicine that he had taken for many years. he claims that he asked Dr. Palacios to send for his Bexar County records, but that he was told he would get the medication only if he began to have seizures. He claims that he sent several complaints to Dr. Kelly, the medical supervisor with authority to approve his request for medication, but they were not answered. On October 5, 1999, he was rushed to the hospital after he had five seizures.

An inmate is protected under the Eighth Amendment against deliberate indifference to his serious medical needs. <u>Estelle v. Gamble</u>, 429 U.S. 97 (1976). An inmate's claim may be dismissed

pursuant to 28 U.S.C. § 1915A if it has no arguable basis in fact or law.  <u>Cay v. Estelle</u>, 789 F.2d 318, 326 (5th Cir. 1986). Plaintiff has met his burden to show that his claim is not frivolous, and it will be retained on the docket at this time.

SIGNED this \_\_\_\_5\_\_\_\_ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com