DARRYL STEVEN TURNER
VS.
Dr. PALACIOS, EL. AL.

T.D.C.J. #885610

CASE NO. 00-15

Dear Clerk,      April 09, 2000

The reason that I'm filing this letter unto the Court is to let the Court know of my change of address once again. I've been moved again and have been placed at the following place:

Gib Lewis Unit
P.O. Box 9000
Woodville, Texas. 75990

United States District Court
Southern District of Texas
FILED
APR 13 2000
MICHAEL N. MILBY CLERK

So can it be noted as to my change and the Unit that I've been moved on also. I've yet to hear anything from the Court on this case which is in Court now before Judge J. Hill Cooper.

Thank you Sincerely,

Darryl Steven Turner #885610

April 09th 2000
04/09/200

DST. RSP.
C.C.
FILED:
COPIES:

15.