AO 440 (Rev. 10/93) Summons in a Civil Action



# United States District Court

United States District Court
Southern District of Texas
FILED
MAY 0 2 2000
MICHAEL N. MILBY CLERK

__Southern__ DISTRICT OF __Texas__

Corpus Christi Division

Darryl Steven Turner, Plaintiff

V.

Dr. Palacios, et al., Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-151

TO: (Name and address of defendant)

Dr. Palacios and Dr. Kelly
c/o Andy Taylor
First Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darryl Steven Turner
#885610
Byrd Unit
P.O. Box 100
Huntsville, TX 77342-0100

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby　　　　　　　　　　　　April 7, 2000
CLERK　　　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____
MAILED CERTIFIED MAIL ON: 4/10/00
CERTIFIED MAIL # 2149 739 045
RETURN RECEIPT DATED: 4/14/00

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/14/00___
         Date

Signature of Server

521 Starr St, C.C., TX.
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.