IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 26 2000

Michael N. Milby, Clerk

DARRYL STEVEN TURNER
PLAINTIFF,

vs.

DR. PALACIOS, ET AL.,
Defendant's

Civil Action No. C-00-15

PLAINTIFF DARRYL STEVEN TURNER'S ORIGINAL
KNOWLEDGE AND RESPONDE OF JURY DEMAND OF
DEFENDANT'S PALACIOS AND KELLY

TO HONORABLE JUDGE OF THE SAID DISTRICT COURT

Now Come Plaintiff, DARRYL STEVEN TURNER, Pro-Se at the time through himself Pro-Se. And with Submits of Original acknowledgment and Responde of Thee Defendant's Request of Jury Demand in the help of Support of there Case.

In Support thereof, and Plaintiff Trully Respectfully offer the following:

### ACKNOWLEDGE AND ANSWER

1. Medication for Health and Life; Refused of medication and all Right's therein. Curel and Unuselal Punishment of Medical needs.

2. Defendant's States that Plaintiff Complaint dose not State a Claim upon Relief which holds any grounds within 42 U.S.C. § 1983 or under any other Statute Constitutional theory or legal grounds.

3. Defendant's Request on grounds of Jury Demands is adheard by the Plaintiff. And Plaintiff do agree to Such for all fact's will be Shown and acknowledged.

4. Defendant's assert that any Claim that's Stated Within is neglience and will not Support the Claim in which has an or will be Stated for under any Constitutional 42 U.S.C. § 1983 or case's therein.

5. Plaintiff States and assert these government official's was acting in there full right Capacity when Refuseing to help and assist Plaintiff with his health needs which is Life threaten.

6. Defendant's Refuse to admit and acknowledge the Fact's and state they as Texas Department of Criminal Justice, Institutional Division Government official's did engage in illegal Conduct's which did Cause to Injure and Place Plaintiff's in great danger with the refuseal of Medical help and medication that was of and is of need.

7. Defendant's unfairly Refused Plaintiff Medical Privileges; Deprivement of Plaintiff Rights Privileges or immunity granted under the Constitutional and/or law of the United States.

8. Defendant's Deny the truth of the statements made by Plaintiff within Complaint; Deny to admit of the Injunctive and damges and suffering Plaintiff may had or did induel do to the refuseal of Plaintiff medication.

(1)

18.

9. Defendant's are unable to admit the Plaintiff Rights and Rights under the Eighth Amendment was violtion and violted.

10. Defendant's did in fact fail to Protect Plaintiff when Said medication was Requested, and was refused by Said Medical Physicians.

11. Plaintiff feels that both Party in civil action case should be made to Pay any Court Cost or any other Cost's which Comes to be set by said Court or has been set by this Court therein.

12. Defendant's states they acted in good faith to there belief; But do not admit there good faith case Plaintiff to be taken to an outside Hospital do to there unfaithful medical care and acknowledge and the needs of Plaintiff.

13. Defendant's states and deny that Plaintiff has any grounds of legal Suit which was and has been filed within Court for Relief of any and all Claims under the demand of Complaint that has been Pro-Se filed by plaintiff herein.

14. Plaintiff Complaint herein is not Frivolous or untrue as Defendant's has made calls of statements on and that this case has strong barriers within and so on therefore.

15. Plaintiff states that if it Comes or See need to get Apprement of Counselor of Attorney that therein that Defendant's be held to Pay any and all Cost of the Attorney and other Cost's.

### PLAINTIFF RESPONDE TO JURY DEMAND

Should the request of the defendant's Jury Demand be granted. I the Plaintiff agree to so Said Trial by Jury in here on the Complaint I've Filed to and before the Court. For Plaintiff do, and will Stand before Jury of Said number to acknowledge the claim that's been filed.

WhereFore, Premises Considered. Plaintiff Darryl Steven Turner ask and urge this Court to deny Defendant's any and all Requested relief demanded and asked of in there Answer and Jury Demand and other Papers sent to Court dealing with Case of Complaint. As with any other Further relief in Such as Court may deems and more.

Respectfully Submitted,

_[signature]_ #885610 6/15/00

DARRYL STEVEN TURNER.
T.D.C.J.-ID.# 885610.
INMATE OF GIB LEWIS UNIT. House → A#101-B
P.O. Box. 9000. — High Tack Sec.
Woodville, Texas. 75990-9000.
Pro-Se

(2)

# CERTIFICATE OF SERVICE

I, DARRYL STEVEN TURNER, PRO-SE PLAINTIFF of THIS CASE do hereby certify that a true and correct copy of the above and foregoing Plaintiff knowledge and Responde has and is been served by placing same in the United States Mail, Postage Paid envelope, on this 15th day of June 2000. addressed to

OFFICE OF THE ATTORNEY GENERAL
STATE OF TEXAS.
ATT: GERARD RAWLS ASSISTANT ATTORNEY GENERAL.
JOHN CORNYN
P.O. BOX, 12548
AUGTIN, TEXAS, 78711-2548

DARRYL STEVEN TURNER, PRO-SE.
T.D.C.J.-ID, #885610