UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 6 2000

MICHAEL N. MILBY CLERK

Darryl Steven Turner  §

VS.  §  CIVIL ACTION NO. **C 00 015**

Dr. Palacios, et al.  §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before the Untied State magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636 (c)(3).

| SIGNATURE OF PLAINTIFF(S): | SIGNATURE OF DEFENDANT(S): |
|---|---|
| _____ | _____, Attorney for Defendants |
| | Gerard R. Rawls |
| | SBN: 9000/974 |
| _____ | Adm No: 21616 |
| _____ | _____ |

## ORDER OF REFERENCE

It is ordered that this matter is assigned to a United States Magistrate Judge to conduct all further proceedings, including final judgment.

| _____ | _____ |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

7/00

19