UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 2 2 2000
Michael N. Milby, Clerk of Court

DARRYL STEVEN TURNER §
v. § C. A. NO. C-00-015
DR. PALACIOS, ET. AL. §

## SCHEDULING ORDER

The Court enters the following SCHEDULING ORDER in this case:

**MOTION FOR LEAVE TO AMEND PLEADINGS**    September 18, 2000
    (submit proposed amendment)

**EXPERT DESIGNATIONS***
    Plaintiff      November 20, 2000
    Defendant      November 20, 2000

    *To be accompanied by a report
    consistent with Rule 26(a)(2)(B)

**DISCOVERY CUT-OFF**      December 4, 2000

**DISPOSITIVE MOTIONS**      December 4, 2000
    **RESPONSES DUE**      January 5, 2001

**JOINT PRETRIAL ORDER**      February 12, 2001
    (in a form consistent with Appendix B,
    Local Rules, Souther District of Texas)

**OTHER**      February 5, 2001
    Motions requesting the issuance
    of subpoenas or writs

**FINAL PRETRIAL CONFERENCE**      Monday, February 26, 2001
    at 8:00 a.m., 1133 North Shoreline Blvd., Third Floor

**JURY SELECTION AND TRIAL**      Monday, February 26, 2001
    at 8:30 a.m., 1133 North Shoreline Blvd., Third Floor

SIGNED this 21 day of August, 2000

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE