IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
SEP 18 2000
Michael N. Milby, Clerk of Court

DARRYL STEVEN TURNER §
PLAINTIFF §
VS. § C.A. NO. 00-15
DR. PALACIOS, ET AL. §

## FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION FOR LEAVE TO AMEND PLEADINGS

COMES NOW, DARRYL STEVEN TURNER, Plaintiff pro se, and files his First Motion for Extension of Time in which to file Motion for Leave to Amend Pleadings. In support thereof, Plaintiff respectfully shows the following.

### I.

Plaintiff filed 1983 Civil Action on JANUARY 14TH of 2000, in cause no.: C.A. NO. 00-15 in the U.S. DISTRICT COURT of BEE COUNTY, TEXAS.

### II.

(ABOUT EXTENSION OF TIME)

### III.

On SEPTEMBER 09TH, 2000, the plaintiff record was first made available to plaintiff. Reasons why Plaintiff needs more time:
Due to being in a lockdown status, Limited Access to the Law Library two to three days a week, Limited Legal Assistance and Counsel, Limited Legal Knowledge, therefore with holding proper filing time of said Motion in time.

### IV.

Plaintiff does not seek this extension for purposes of delay and has been diligent in litigation of this Civil Action.

21

## V.

Plaintiff seeks a **30** day extension to October 15th, 2000, to complete the said Motion in this matter.

Respectfully Submitted,

_____
Plaintiff, Pro Se

H.S. - GIB LEWIS UNIT
P.O. BOX 9000
WOODVILLE, TEXAS
75990-9000

# CERTIFICATE OF SERVICE

I, DARRYL STEVEN TURNER, Plaintiff, Pro Se, do hereby certify that a true and correct copy of the above and foregoing Plaintiff DARRYL STEVEN TURNER, ORIGINAL REQUEST AND FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION FOR LEAVE TO AMEND PLEADINGS, has been served by placing same in the United States Mail, post paid, on this 13TH day of September 2000, addressed to:

OFFICE OF THE ATTORNEY GENERAL· STATE OF TEXAS.

JOHN CORNYN

c/o GERARD R. RAWLS, ASSISTANT ATTORNEY GENERAL

P.O. BOX 12548

AUSTIN, TEXAS 78711-2548

_/s/ Darryl Steven Turner_
DARRYL STEVEN TURNER
Plaintiff, Pro Se