United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DARRYL STEVEN TURNER §
§
v. § C. A. NO. C-00-015
§
DR. PALACIOS, ET AL. §

## ORDER

Plaintiff's First Motion for Extension of Time (D.E. 21) is DENIED. Plaintiff has had ample time since this case was filed on January 14, 2000 to seek leave to amend his pleadings. Moreover, no claims or defendants were dismissed following judicial screening, which might necessitate curative amendments.

SIGNED this ___25___ day of September 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE