# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

JAN 19 2001

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: JANE COOPER-HILL

CASE MANAGER: Mary Beth Garza

COURT RECORDER: Mary Beth Garza

LAW CLERK: Debbie Simank

U.S.C.S.O.: Betty Amerson

U.S. MARSHAL:

INTERPRETER:

DATE: January 19, 2001     OPEN: 2:00     ADJOURN: 2:10

TAPE: # 1

CIVIL ACTION NUMBER: C-00-15

Darryl S. Turner                          COUNSEL: Pro Se

VS.

Dr. Palacios, et al.                      COUNSEL: Gerard Rawls

(✓) Conference Call: Case called. Appearances are made. Discussion of defendant's motion for summary judgment. Plaintiff states he has not responded because he is in closed custody. Court gives plaintiff until February 5, 2001, to file a response to defendant's motion for summary judgment. Trial is still set for Feb. 26, 2001. Adjourned.

26.