IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARRYL STEPHEN TURNER | § | |
| | § | |
| VS. | § | C.A. NO. C-00-015 |
| | § | |
| DR. PALACIOS, ET AL. | § | |

### ORDER TO RESPOND

Pursuant to a telephone conference held this date, plaintiff is ordered to file his response to defendants' motion for summary judgment (DE #24) on or before February 5, 2001. Failure to respond timely will be taken as a representation of no opposition to the summary judgment motion. Local Rule 7.4.

ORDERED this ___19___ day of January, 2001.

_____
JANE COOPER-HULL
UNITED STATES MAGISTRATE JUDGE