CAUSE NO. C-00-015

| | | |
|---|---|---|
| DARRYL STEVEN TURNER, Plaintiff, | § § § | IN THE SOUTHERN JUDICIAL DISTRICT COURT OF |
| VS. | § § | CORPUS CHRISTI, TEXAS COUNTY, |
| DR. PALACIOS, ET AL., Defendants. | § § § | |

United States District Court
Southern District of Texas
FILED
FEB 05 2001
MICHAEL N. MILBY CLERK

## RESPONDENT'S REQUEST FOR SETTING

Now, respectfully comes, DARRYL STEVEN TURNER, Respondent in the above styled and numbered Cause, and respectfully request that this Honorable Court set a date for hearing and Trail Seting also on any Contest of Respondent Affidavit. Respondent further requests that this Honorable Court order the Issuance of a Bench Warrant and for Plaintiff to presence at hearing and any dates set by Court, that I plaintiff, Darryl Steven Turner, might give testimony in open Court as needed. Respondent is currently confined at the High Security Gib Lewis Unit of the Texas Department of Criminal Justice - Institutional Division, and will be unable to appear at hearing on his, plaintiff, own volition, but do in fact will and want too do so by being there.

Respectfully Submitted,

[signature] #885610

Respondent pro se

January 29th, 2001.

Dear District Clerk:

Attached is my AFFIDAVIT in Acknowledge and respond to Defendants, Motion For Summary Judgment with a proposed order and a Copy unto Defendants Attorney.

(1) Please file this motion with the papers of my Case and persent it to the Court for it's acknowledge and approval. Should the court see fit to grant me approval of my affidavit, the date is needed to be file on papers by Febuary 5th, 2001 to be ready For pertrail and Trail itself.

(2) please present Hon Judge with Originals papers and Affidavit.

(3) please advise me of Court's decision on this Affidavit in acknowledge to Defendants, Motion For Summary Judgment. Send said decision to address below.

Your cooperation in this matter is very much appreciated.

Sincerely,

Darryl Steven Turner #885610
OFFENDER - PLAINTIFF,
ADDRESS - High Seclirty - Gib Lewis Unit,
P. O. Box. 9000.
Woodville, Texas. 75990-9000.

## CERTIFICATE OF SERVICE

I, DARRYL STEVEN TURNER, Respondent pro se, do hereby certify that a true and correct copy of the plaintiffs Darryl Steven Turner, Affidavit, Respondents Request for Setting to trail, Letter to Districke Clerk Milby has been Served by placing Same in the united States mail on this 30th day of January, 2001 addressed to.

Addressed to:
Gerard R. Rawls, Assit Attorney General
John Cornyn
P.O. Box. 12548
Austin, Texas 78711-2548

*[signature]*
DARRYL STEVEN TURNER.
#885610-TDCJ-ID

CAUSE NO. C-00-015

DARRYL STEVEN TURNER  § IN THE Southern JUDICIAL
Plaintiff,           §
                     § DISTRICT COURT OF
VS.                  §
                     § Corpus Christi Texas COUNTY,
DR. PALACIOS, ET AL.,§
Defendant.

## AFFIDAVIT

Now respectfully Comes, DARRYL STEVEN TURNER, Respondent in the above styled and numbered Cause, and requests leave of this Honorable Court to proceed in forma pauperis pursuant to the following allegations:

I, DARRYL STEVEN TURNER, being first duly sworn, depose and say that I am the Respondent in the above entitled Cause; that in support of my request to be able to come before thy and to acknowledge the Defendants, Motion for Summary Judgment ad to heretofore filed in this Cause, I state that I Darryl Steven Turner, plaintiff, do want to Respond and do acknowledge the motion of the Defendant. I further swear that the responses which I have made to the Hon. Court and Instructions and relating to my ability all is true and I stand to all and ready to come before the Courts in Trail.

_Darryl Steven Turner_  01/29/01

DARRYL STEVEN TURNER #885610

AFFIANT