UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 8 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § | |
| | § | |
| v. | § | C. A. NO. C-00-015 |
| | § | |
| DR. PALACIOS, ET AL. | § | |

## ORDER RESETTING TRIAL DATE

This case is set for trial on February 26, 2001. Pending is defendants' motion for summary judgment (DE #24) and plaintiff's response thereto (DE #28). In consideration of the summary judgment motion, the <u>Spears</u> hearing transcript has been ordered and additional time is needed to evaluate thoroughly the summary judgment arguments. Accordingly, the trial date of February 26, 2001 is **CANCELLED**. The final pretrial conference, jury selection, and trial are rescheduled as follows:

**JOINT PRETRIAL ORDER**                                    May 21, 2001

**MOTIONS REQUESTING SUBPOENAS**
  **OR WRITS**                                               May 21, 2001

**FINAL PRETRIAL CONFERENCE**              Monday, June 11, 2001
at 8:00 a.m., 1133 North Shoreline Blvd., Third Floor

**JURY SELECTION AND TRIAL**                Monday, June 11, 2001
at 8:30 a.m., 1133 North Shoreline Blvd., Third Floor

ORDERED this ____8____ day of February, 2001.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE