IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| DARRYL STEVEN TURNER<br>    Prisoner No. | § | |
| V. | § | C. A. NO.: C-00-015 |
| DR. PALACIOS, ET AL. | § | |

### ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

By order signed February 8, 2001, the Court continued the jury trial scheduled on Monday, February 26, 2001, beginning at 8:00 a.m.

It is therefore ORDERED that the Court's Writ of Habeas Corpus Ad Testificandum signed on January 19, 2001, is hereby VACATED.

Signed this ____ day of February 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE