CAUSE No. C-00-015

DARRYL STEVEN TURNER  § IN THE Southern JUDICIAL
 Plaintiff, § DISTRICT COURT OF
 § Corpus Christi Texas COUNTY,
VS. §
 §
DR. PALACIOS, ET AL.,
 Defendants.

United States District Court
Southern District of Texas
FILED

FEB 12 2001

Michael N. Milby, Clerk

AFFIDAVIT

Now respectfully comes, DARRYL STEVEN TURNER, Respondent in the above styled and numbered Cause, and requests leave of this Honorable Court to proceed in pro se pursuant to the following allegations:

I, Darryl Steven Turner, being first duly sworn, depose and say that I am the Respondent in the above entitled Cause; that in support of my request to be able to come before they and to heretofore filed in this Cause, I state that I Darryl Steven Turner, Plaintiff pro se do want to respond and do acknowledge the Motion of the Defendant. I further swear that the responses which I have made to the Hon. Court and Instructions and relating to my ability all is true and I stand to all and ready to come before the Court in trail.

*[signature]* 2/03/01

DARRYL STEVEN TURNER #885610
AFFIANT

31.

# CERTIFICATE OF SERVICE

I, DARRYL STEVEN TURNER, plaintiff pro-se, Respondent do here by Certify that a true and Correct Copy of the plaintiff Darryl Steven Turner, Affidavit, has been Servael by placing Same in the United States mail on this 03rd day of Febuary, 2001.

addressed to:

Gerard R. Rawls, Assist Attorney General

John Cornyn
P.O. Box. 12548
Austin, Texas 78711-2548

*[signature]*

DARRYL STEVEN TURNER
#885610- TDCJ-ID.
CASE NO# C-00-015

FEBUARY 03rd 2001.