IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 16 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DARRYL STEPHEN TURNER § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. C-00-15 |
| § | |
| DR. PALACIOS, ET AL., § | |
| *Defendants.* § | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COURT'S MEMORANDUM AND RECOMMENDATION [DE #33]

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Defendants Dan Kelly, MD, and Stephen Palcios, PA, hereinafter referred to as Defendants in the above-entitled and numbered cause, by and through their attorney, the Attorney General of Texas, and file this **Defendants' Motion for Extension of Time to Respond to the Court's Memorandum and Recommendation [DE #33]**. In support thereof, Defendants would show as follows:

The Court transmitted its Order Denying Defendant's Motion for Summary Judgment on Friday, May 4, 2001. Within the body of the order was a Notice to Parties ordering the clerk to file the Order Denying Defendants' Motion for Summary Judgment as a Memorandum and Recommendation. The Court also noticed the parties that they would have ten days from receipt of the order to file written objections to the Memorandum and Recommendation.

Defendants' counsel did not see the order on May 4, 2001. Defendants' counsel was engaged in trial during the week of April 7, 2001, in the case of *Galbreath vs. Stewart*, Civil Action no. 5:00Cv117, U.S.D.C., Eastern District of Texas, Texarkana Division. Defendants' counsel did not actually see the order until late on Friday, May 11, 2001. At that time, Defendants' counsel did not

have time to file written objections to the Memorandum and Recommendation.

Therefore, Defendants would request an additional ten days to file written objections to the Memorandum and Recommendation of the Court or until May 24, 2001. This request is not made for the purpose of delay. Neither is it made due to sloth or neglect. Defendants simply request more time to properly file any written objections to the Court's Memorandum and Recommendation.

Wherefore, Defendants request until May 24, 2001, to file any written objections to the Court's Memorandum and Recommendation filed on May 4, 2001.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division


GERARD R. RAWLS
Assistant Attorney General
Attorney-in-Charge
State Bar No. 90001974
Southern Dist. No. 21616

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 463-2080
Fax No: (512) 495-9139

**ATTORNEYS FOR DEFENDANTS
KELLY AND PALACIOS**

## CERTIFICATE OF SERVICE

I, GERARD R. RAWLS, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the **Defendants' Motion for Extension of Time to Respond to the Court's Memorandum and Recommendation [DE #33]** has been served by placing same in the United States mail on this the 14TH day of May, 2001 addressed to:

Darryl S. Turner, TDCJ-ID No. 885610
Byrd Unit
P.O. Box 100
Huntsville, Texas 77342-0100

_____
GERARD R. RAWLS
Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DARRYL STEPHEN TURNER* | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. C-00-15 |
| | § | |
| *DR. PALACIOS, ET AL.,* | § | |
| *Defendants.* | § | |

## ORDER

Be it remembered that on this day came on to be heard Defendants Kelly and Palacios' Motion for Extension of Time to Respond to the Court's Memorandum and Recommendation [DE #33]. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Defendants Kelly and Palacios have until May 24, 2001, to file any written objections to the Court's Memorandum and Recommendation [DE #33].

ORDERED this _____ day of May, 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com