JUDGE PRESIDING: JANE COOPER-HILL
COURTROOM CLERK/ERO: Linda R. Smith
LAW CLERK: K Brock / D Simonk
U. S. P. O.: _____
PRETRIAL SERVICES: _____
U S. MARSHAL: _____
INTERPRETER: _____
DATE: May 17, 2001    OPEN: 1:35    ADJOURN: 1:40
TAPE: 1/1332-1549

United States District Court
Southern District of Texas
FILED

MAY 17 2001

Michael N. M...
Clerk of ...

CRIMINAL/CIVIL ACTION NO.: C-00-15

Darrell Steven Turner        §    Pro Se
                             §
                             §
VS.                          §
Dr. Palacios                 §    Gerard Rawls
                             §

PROCEEDING: Case called for Conference Call. Court inquires of Pltff if he intends to be present for June 11th trial since his release date is June 6th. Pltff states he will be present.

Court informs Mr. Rawls his Motion for Extension of Time to respond to M+R is denied as Moot. Entry/Order was erroneously docketed as M+R when in fact it was not. Mr. Rawls states there could possibly be an interlocutory appeal. Mr. Rawls will know by Monday or Tuesday & will inform the Court, so that jurors can be notified.
/Hearing Concluded

35