IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 2 1 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEPHEN TURNER<br>*Plaintiff*, | §<br>§<br>§ | 36 |
| v. | §<br>§ | Civil Action No. C-00-15 |
| DR. PALACIOS, ET AL.,<br>*Defendants*. | §<br>§<br>§ | |

**ORDER**

Be it remembered that on this day came on to be heard Defendants Kelly and Palacios' Motion for Extension of Time to Respond to the Court's Memorandum and Recommendation [DE #33]. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue: The motion is DENIED as moot.

~~It is hereby ORDERED that Defendants Kelly and Palacios have until May 24, 2001, to file any written objections to the Court's Memorandum and Recommendation [DE #33].~~

ORDERED this 17 day of May, 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE