United States District Court
Southern District of Texas
FILED

MAY 22 2001

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *DARRYL STEPHEN TURNER* | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. C-00-15 |
| | § | |
| *DR. PALACIOS, ET AL.,* | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION IN LIMINE**

Defendants Palacios and Kelley hereby file this Motion in Limine, and respectfully move the Court as follows:

**I.**

That Plaintiff be instructed not to mention or bring before the jury, either directly or indirectly, upon voir dire, reading the pleadings, statement of the case, interrogation of witnesses, argument or objection before the jury, or in any other manner or means inform the jury or bring to the jury's attention any of the matters set forth in the paragraphs below, unless and until such matters have first been called to the Court's attention out of the presence and hearing of the jury and a favorable ruling received as to the admissibility and relevance of such matters.

**II.**

Further, that Plaintiff be specifically instructed to inform and counsel with all witnesses called by Plaintiff, or parties in the courtroom at the request of Plaintiff, not volunteer, inject, disclose, state, or mention to the jury any of the matters set forth in the numbered paragraphs below until specifically questioned thereon after a prior ruling by the Court.

Such matters are as follows:

1

1.	Any statement that mentions or divulges, directly or indirectly, the fact that Defendants may be covered by some type of indemnification with respect to the occurrence in question. FED. R. EVID. 411.

2.	Any comment on the failure of the Defendants to call witnesses who are subject to subpoena and available to any party in this case. FED. R. EVID. 402-403.

3.	Any comment regarding the amount of resources, money, investigators, experts, etc., that were used by Defendants in the defense of this case. FED. R. EVID. 402-403.

4.	Any comment on, reference to, or suggestion that a judgment has been entered against, settlement made, or lawsuits exist against the Defendants or other correctional officers for other use of force incidents. FED. R. EVID. 402-404.

5.	Any comment on, reference to, or comparison of this case to the Rodney King case, the Brazoria County Jail incident, the Ruiz class action lawsuit, or any other incident involving use of force by a law enforcement officer or alleged violation of prisoners' rights, other than the incident involved in this lawsuit. Such evidence has no probative value and serves only to inflame the jury. Thus, any benefit from such evidence is outweighed by the danger of unfair prejudice. FED. R. EVID. 402-403.

6.	Any reference to actions of Defendants, other than those relating to the incident forming the basis of Plaintiff's claim in the instant lawsuit. FED. R. EVID. 402-404. Specifically, Defendants object to reference to allegations by Plaintiff or his witnesses that Defendants were have been sued or investigated for ant reason on some other occasion. Such evidence is of no probative value and is improper character evidence under FED. R. EVID. 404(b). Further, the probative value, if any, of such evidence is outweighed by the danger of unfair prejudice. FED. R. EVID. 403.

2

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. MCCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

GERARD R. RAWLS
Assistant Attorney General
Attorney-in-Charge
State Bar No. 90001974
Southern District No. 21616

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (FAX)

**ATTORNEYS FOR DEFENDANTS**

3

## CERTIFICATE OF SERVICE

I, CHARLES K. ELDRED, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of **Defendants' Motion in Limine** has been delivered to Plaintiff by placing the same via U.S. mail on May 18, 2000, addressed to:

Darryl Steven Turner
TDCJ-ID No. 885610
Gib Lewis Unit
P.O. Box 9000
Woodville, Texas 75990

_____
GERARD R. RAWLS
Assistant Attorney General

4