United States District Court
Southern District of Texas
ENTERED

JUN - 5 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Darryl Steven Turner          §          40.

VS.                           §          CIVIL ACTION NO. C-00-15

Dr. Palacios, et al.          §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Defendants' Motion to Reconsider Defendants' Motion for Summary Judgment";

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Federal Bar Number (LR11.3.A (4))

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. _x_ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. _x_ Other: Not sent to plaintiff's correct address.

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: June 4, 2001
re: D.E. #39/dp

_____
JUDGE PRESIDING

N:\STRIKE.ORD  010604 0913