IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 4 2001

Michael N. Milby, Clerk of Court

DARRYL STEVEN TURNER §
    Plaintiff, §
 §
V. § Civil Action No. C-00-15
 §
DR. PALACIOS, ET AL., §
    Defendants. §
 §
 §
 §

## PLAINTIFF MOTION IN RESPONDES TO THE DEFENDANT'S MOTION IN LIMINE TO THE COURT AND THE REQUESTS MADE

Plaintiff Darryl Steven Turner, hereby file this Motion in the respondes to the Defendant's Motion in which was filed to the court as with requesting of the following;

I.

I do not agree with the defendant's statement's to the court and the asking that is being made to and said unto the jury in the court on this matter. For this trail is and has been set front and forth for the jury to make a decision in this here matter in which is at hand before the court and the judge and not for the Defendant's to set the type of questions they want the jury to look at. I, the Plaintiff do not agree with the Motion that the Defendant's has come to file with the court and sending to myself.

II.

Further, the Defendant's has specifically set questions that they widely wish for the jury to answer and to look at in this cause other then the true facts and points that this case is dealing with. This Motion in which is being filed to the court is in the matter of staing that the cause Motion that the Defendant's has filed with the court is wrongly stated

1

and I, the plaintiff do not agree with the questions that it is wanting to question the jury of.

### III.

I file this Motion in the matter that, I the Plaintiff do not agree with the said Motion that is attached in where the Defendant's has requested of the following;

Defendant's Requested Motionb to jury Voir Dire. I do feel and beleive that the jury is able to make a full acknowledgeable decision in this case cause on there own.

Respectfully Submitted,

DARRYL STEVEN TURNER
PRO- SE

---

DARRYL STEVEN TURNER
PRO - SE
Gib Lewis Unit-High Security
P.O. BOX. 9000
WOOdville, Texas 75990-9000

## CERTICATE OF SERVICE

I, DARRYL STEVEN TURNER, PRO-SE hereby certify that a true and same copy of the Motion in which I, Plaintiff is filing; Plaintiff Motion in respondes to the Defendant's Motion in Limine to the court and the requests made has been mailed by the Gib Lewis High Security Unit out to The Defendant's to the address of;

Gerard R. Rawls
Assistant Attorney General office
in charge of cause
P.O. BOX. 12548, Capitol Station
Austin, Texas 78711