IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DARRYL STEVEN TURNER §
    Plaintiff §
  §
V. § Civil Action No. C-00-15
  §
  §
DR. PALACIOS, ET AL., §
    Defendant's §

United States District Court
Southern District of Texas
FILED
JUN - 5 2001
MICHAEL N. MILBY, CLERK

## ORDER REQUESTING OF AN NEW PRETRAIL COURT DATE

I, Plaintiff Darryl Steven Turner, is coming before this court within this order that is being sent and written;
I, the Plaintiff will and is to be release from the Texas Department of Criminal Justice-(TDCJ-ID) on or around June 6, 2001 and will be release to the state and city of Chicago, Illinois and will be on Parole. I have been informed that I, Darryl Steven Turner, will not be allowed to make any trips nor moves without the approoal of my Parole officer.
So with all respect within this case and cause, I am asking of a new court date and time; For this will give me and my parole officer time to get all papers ready in which will let and allow me to return back to the State and City of Texas. This matter of the paper work being deal and taken care of shall and will take at least two too three weeks for the okay to be approveled.

    So with this matter being sent and requested to the court, I shall hope that it be taken into deep considertion too the fullest.

    I am not asking for this case to be drop or anything to that point it's just the Plaintiff, is requesting of the date to be changed not to stop the case. This order is being written and requested to the this court in request of said matter. Do let it be note; That the Plaintiff, is making an copy of this same order and sending to the Defendaht's doing and the same date as being sent to the court.

42


Respectfully Submitted,

DARRYL STEVEN TURNER
PRO-SE

*[signature]*

DARRYL STEVEN TURNER, #885610
Gib Lewis Lewis - H.S. Unit
P.O. BOX. 9000
Woodville, Texas. 75990-9000

*May 27, 2001*

## CERTIFICATE OF SERVICE

I, DARRYL STEVEN TURNER, ASsistant within this matter for myself at this, do hereby certiy that a true and corwect copy of Order for new pretrail date and change, has and is been sent and mailed out through the (TDCJ-ID) unit to the Defendant's by the plaintiff by placing in the (TDCJ-ID) mail at the same date which mailing this leater to the COurts On May 27, 2001 addressed to:

GERARD R. RAWLS
Assistant Attorney General
Attorney-in Charge
P.O. BOX. 12548, Capitol Saation'
Austin, Texas 78711

DARRYL STEVEN TURNER, PRO-SE
#885610

May 27, 2001