# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

JUN 07 2001

MICHAEL N. MILBY, CLERK

**JUDGE PRESIDING:** JANE COOPER-HILL

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Mary Beth Garza

**LAW CLERK:** Karen Brock

**U. S. C. S. O. :** _____

**U. S. MARSHAL:** _____

**INTERPRETER:** _____

**DATE:** June 7, 2001    **OPEN:** 3:44    **ADJOURN:** 3:49

**TAPE:** # 1 (923B)

**CIVIL ACTION NUMBER:** C-00-15

Darryl S. Turner        **COUNSEL:** Pro Se

VS.

Dr. Palacios, et al.    **COUNSEL:** Gerard Rawls

(✓) Conference Call: Case called. Appearances are made. Discussion of plaintiff's motion for a continuance of trial. Plaintiff no longer needs a continuance. Trial will go forward, as scheduled, on May 11, 2001, at 8:00 am. Adjourned.

43.