United States District Court
Southern District of Texas
FILED

JUN - 8 2001

MICHAEL N. MILBY CLERK

June 01, 2001.

C-00-15

Clerk,

The reason of this letter and notice to the Court and the Defendant's is of importants:

I, Darryl Steven Turner, Plaintiff sent out to the Courts on 5/29/01 Order of Requesting of a New Pretrial Court date and a letter to the Clerk as well. There have been major problems on the unit which I'm housed on in there mail Room with mail being sent out. So if the Court has not received any paper work, I do request I be informed as to the Defendant's also. I am also sending the Court and Defendant's this letter to inform both of the change of address starting June 5th 2001;

Old address: Gib Lewis Unit
P.O. Box. 9000
Woodville, TX. 75990.

New address: Mr. Darryl Steven Turner
6004 So. Carpenter St.
Chicago, Illinois 60621.

The change of address to the new one will change on June 5, 2001. So can it please be noted to the records and file's of all papers in Court.

With this letter to the Court, I also on the said date is informing the Defendant's on all the same by

44.

mailing them a Copy of the Same letter that is being written to the Courts.

So do file this letter and all papers Sent to the Court alone Side any papers with dates and return a Copy of the Filing to me please.

Thank You of your Time within this here matter.

Sincerely,

*[signature]*

DARRYL STEVEN TURNER.
PRO-SE

June 1, 2001

DSTi rgp.
CC:
Filed.