# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANE COOPER-HILL

**CASE MANAGER:** Linda Smith

**COURT REPORTER:** Veronica Villarreal

**LAW CLERK:** Karen Brock

**U.S.C.S.O.:**

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

JUN 11 2001

MICHAEL N. MILBY, CLERK

**DATE:** June 11, 2001   **OPEN:** 8:24   **ADJOURN:** 8:35

**TAPE:** #1/1 - 1/345

**CIVIL ACTION NUMBER:** C-00-015

**Darryl Steven Turner**   **COUNSEL:** Pro Se

VS.

**Dr. Palacios, et al.**   **COUNSEL:** Gerard Rawls

(✓) Final Pretrial Conference:

Dft is not present. Dft phoned the court to say he does not have funds or transportation to Corpus Christi. Court held conference call. The dft is present with witnesses, some of whom are no longer employees of TDCJ. Court has a 23-member jury panel, Asst Attorney General, parties & witnesses. Dft moves to dismiss the case. Court dismisses the case without prejudice, rather than continue the case & assess costs to Pltf who would be unable to pay the costs.

45