UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 2 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEPHEN TURNER | § § | |
| v. | § | C.A. NO. C-00-015 |
| DR. PALACIOS, ET. AL. | § § | |

### ORDER OF DISMISSAL

On this day was called the above-styled cause for trial. Plaintiff failed to appear. The Court initiated a telephone conference, and plaintiff informed the Court and defendants that he was unable to afford the travel expenses from San Antonio to Corpus Christi. Plaintiff requested a continuance. Defendants moved for dismissal.

The Court recognizes that plaintiff does face somewhat unusual circumstances: he was just released on parole last week and is living at a halfway house, and is not yet working. Moreover, plaintiff asserts that he was told that he would be given assistance with his travel arrangements, and was not advised until 5:00 p.m. on Friday, June 8, 2001, that he was on his own.

Nevertheless, plaintiff failed to mention any possible problems during prior telephone conferences. In fact, plaintiff filed a motion for continuance last week but withdrew it during a telephone conference on June 7, 2001. At that time, plaintiff assured the Court he would be here for trial. As a result, 23 jurors were summoned, a court reporter was retained, and one of the defendants (no longer a TDCJ employee) took time from work and

traveled to Corpus Christi at his own expense from out of town. Plaintiff is not able to pay these costs that were needlessly incurred by others, and it is not certain that he will be in a position to attend in the future if the case is continued.

Accordingly, plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute. Fed. R. Civ. P. 41(b). Plaintiff is still within the two-year statute of limitations and may re-file his claims, although he may be required to pay a filing fee and may be subject to an order to pay costs of this action. See Fed. R. Civ. P. 41(d).

ORDERED this _11_ day of June 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE