UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARRYL STEPHEN TURNER | § | |
| | § | |
| v. | § | C.A. NO. C-00-015 |
| | § | |
| DR. PALACIOS, ET AL. | § | |

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this same date, the Court hereby enters final judgment of dismissal without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

ORDERED this ___11___ day of June 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE